| Name and address: | |
|---|---|
| Michael A. Simmrin (238092)<br>Simmrin Law Group<br>3500 W. Olive Avenue, Suite 300<br>Burbank, CA  91505<br>818-827-7171 | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Evelyne Abitbol and Mark Greenberg | | CASE NUMBER |
|---|---|---|
| | Plaintiff(s), | 2:20-cv-02414 |
| v. | | |
| Princess Cruise Lines Ltd. | | APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE* |
| | Defendant(s), | |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.* **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** *Space to supplement responses is provided in Section IV.  The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application.  Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)", attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $400 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $400 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.)  A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Chalik, Debi F.
_____
*Applicant's Name (Last Name, First Name & Middle Initial)*                     check here if federal government attorney ☐

Chalik & Chalik, P.A.
_____
*Firm/Agency Name*

| 10063 NW 1st Court | 954-476-1000 | 954-472-1173 |
|---|---|---|
| | *Telephone Number* | *Fax Number* |
| *Street Address* | | |
| Plantation, FL  33324 | Debi@Chaliklaw.com | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

| Jacob Gleason | ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____ |
|---|---|
| Kaylen Gleason | ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____ |
| *Name(s) of Party(ies) Represented* | |

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| United States District Court Southern | 04/09/2004 | Yes |
| Florida State Court | 10/04/1999 | Yes |
| District of Columbia Court of Appeals | 10/02/2000 | Yes |


List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  March 7, 2020

Debi Chalik
Applicant's Name (please type or print)

*Debi Chalik*
Applicant's Signature

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Simmrin, Michael A.
*Designee's Name (Last Name, First Name & Middle Initial)*

Simmrin Law Group
*Firm/Agency Name*

3500 W. Olive Ave., Suite 300

*Street Address*

Burbank, CA 91505
*City, State, Zip Code*

818 827-7171
*Telephone Number*          *Fax Number*

michael@simmrinlawgroup.com
*Email Address*

238092
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated 3/10/20

MICHAEL SIMMRIN
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Kentucky State Court     2000     Yes in good standing



# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida )

County of Leon )

In Re: 0179566
Debi Fay Chalik
Chalik & Chalik Law Offices
721 SE 17th St
Fort Lauderdale, FL 33316-2983

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **October 4, 1999**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 9th day of **March, 2020**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-75762

# KENTUCKY BAR ASSOCIATION
**514 WEST MAIN STREET**
**FRANKFORT, KENTUCKY 40601-1812**
(502) 564-3795
FAX (502) 564-3225
www.kybar.org

**OFFICERS**
J. Stephen Smith
President

Thomas N. Kerrick
President-Elect

J.D. Meyer
Vice President

Douglas C. Ballantine
Immediate Past President

Zachary A. Horn
Chair, Young Lawyers Division

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Mindy G. Barfield
Rhonda Jennings Blackburn
Matthew P. Cook
Melinda G. Dalton
Susan Montalvo-Gesser
Todd V. McMurtry
Eileen M. O'Brien
James M. Ridings
W. Fletcher Schrock
Gary J. Sergent
Bobby C. Simpson
Van F. Sims
Judge John F. Vincent
J. Tanner Watkins



## THIS IS TO CERTIFY THAT

### DEBI FAYE CHALIK
10063 Northwest First Court
Plantation, Florida 33324-7006

### Membership No. 88376

is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. Dated this 9th day of March, 2020.

**JOHN D. MEYERS**
**REGISTRAR**

By: _Michele M. Pogrotsky_
Michele M. Pogrotsky, Deputy Registrar



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Debi Faye Chalik*

was duly qualified and admitted on October 2, 2000 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 9, 2020.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.